UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                     :
NORTHSTAR AVIATION, L.L.C., *et al.*    :
                                                                     :
                                 Plaintiffs,     :
                                                                     :                 18-MC-534 (VSB)
                               -v-                        :
                                                                     :                       **ORDER**
HILLARY HOLCOMBE,                  :
                                                                     :
                                                Defendant.   :
                                                                   :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Before me is Plaintiffs' motion to compel Defendant Hilary Holcombe to appear for a deposition, and for attorneys' fees and costs related to Defendant's failure to appear for a deposition. (Doc. 2.) On November 4, 2018, Plaintiffs properly served Defendant with a subpoena to testify at a deposition on November 12, 2018 at 9:30 a.m. at 31 West 34th Street, Suite 8030, New York, NY 10001. (*See* Doc. 4 Ex. 3; Doc. 14.) After Defendant failed to appear, Plaintiffs properly served Defendant with another subpoena to testify at a deposition on January 4, 2019 at 1:30 p.m. (Doc. 12.)

       Plaintiffs filed the motion to compel on November 19, 2018. (Doc. 2.) Defendant did not respond to Plaintiffs' motion. On December 10, 2018, I entered an order instructing Defendant to appear for a hearing on January 4, 2019 at 11:00 a.m. to show cause why an order to compel her to appear for a deposition should not be entered. (Doc. 9.) I instructed Defendant to file any answering papers on or before December 28, 2018. (*Id.*) Defendant did not file answering papers and did not appear for the hearing on January 4, 2019.

       For the reasons above, Plaintiffs' motion is GRANTED in part. Specifically, Plaintiffs'

motion to compel Defendant to appear for a deposition is GRANTED, and Plaintiffs' motion for attorneys' fees and costs is held in abeyance. Accordingly, it is hereby:

ORDERED that, if Defendant did not appear for the deposition scheduled to take place today at 1:30 p.m., Defendant shall coordinate with Plaintiff to arrange for an alternative time to sit for the deposition, which shall occur no later than January 11, 2019 at 1:30 p.m. Defendant is advised that failure to appear for a deposition before January 11, 2019 may be grounds for an order granting attorneys' fees and costs incurred in relation to her failure to appear for the scheduled depositions, including any motions filed to compel her appearance. Defendant is further advised that failure to comply with this order may be grounds for additional sanctions.

IT IS FURTHER ORDERED that, in light of the related Order on Motion to Compel in the District of New Jersey, a copy of which is attached to this order, and which orders Defendant to provide certain documents to Plaintiffs immediately, (*see In Re Northstar Aviation, L.L.C.*, et al., 2:18-cv-14602-CCC-SCM (D.N.J. Nov. 27, 2018)), Defendant shall produce all documents that were the subject of that order on or before the date of her deposition.

IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this order on Defendant, and shall file proof of service no later than January 8, 2019.

SO ORDERED.

Dated: January 4, 2019
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

In re: NORTHSTAR AVIATION, L.L.C., et al., Subpoena

)
)
) Case No. 18cv14602-CCC-SCM
)
)
) (Pending in the United States District
) Court for the Eastern District of Virginia,
) Civ. Action No. :18cv191-TSE-JFA)
)
)

### ORDER ON MOTION TO COMPEL

Having considered the papers and evidence submitted in support of, and in opposition to,

Plaintiffs' Motion to Compel Ms. Hillary Holcombe to Comply with Plaintiffs' document subpoena; and having received no response from Ms. Holcombe to the Court's Order to Show Cause why she not respond to the subpoena (D.E. 4),

IT IS HEREBY ORDERED THAT the Motion is GRANTED; and it is further

ORDERED that Ms. Holcombe shall provide documents responsive to the subpoena immediately. ~~and further, that Plaintiffs are granted the attorney's fees they incurred to file the Motion.~~ The Motion for Leave to file a Discovery Motion (D.E. 6) shall be terminated as moot.

Dated: 11/27/2018

The Clerk of the Court shall close this case.

SO ORDERED
s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.
D: 11/27/18